MARY E. FARRELL, SBN 172050
ERICK C. TURNER, SBN 236186
**FARRELL LAW GROUP**
770 L Street, Suite 950
Sacramento, California  95814
Telephone:     (916) 449-3933
Facsimile:     (916) 449-3943
mary@farrelllawgroup.com
erick@farrelllawgroup.com

Attorneys for Defendant
VALLEY FINE FOODS COMPANY, INC.


MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff JAMIE GENTRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE GENTRY, AN INDIVIDUAL, on behalf of himself and all others similarly Situated.<br><br>          Plaintiffs,<br>v.<br><br>VALLEY FINE FOOD COMPANY, INC., A CALIFORNIA CORPORATION,<br><br>          Defendant. | Case No.  2:12-cv-02241-JAM-JFM<br><br>STIPULATION TO CONTINUE HEARING DATES ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTION TO DISMISS/STRIKE;  ORDER |

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Defendant Valley Fine Foods Company, Inc. ("Defendant") and Plaintiff Jamie Gentry ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as

- 1 -
Stipulation To Continue Hearing Date

1 follows:

2 WHEREAS, Plaintiff filed a Notice of Motion and Motion for Class Certification ("Class
3 Certification Motion") on or about October 31, 2012, which is currently scheduled for hearing on
4 January 9, 2013.

5 WHEREAS, Defendant filed a Notice of Motion and Motion to Dismiss/Strike ("Motion
6 to Dismiss") on or about November 1, 2012, which is currently scheduled for hearing on February
7 6, 2013;

8 WHEREAS, counsel for Defendant is unavailable from December 3, 2012, to December
9 13, 2012, and from December 24, 2012, to January 14, 2013, and will not have adequate time to
10 conduct sufficient discovery to oppose Plaintiff's Class Certification Motion;

11 WHEREAS, counsel for the Parties have agreed that having the Class Certification
12 Motion and Motion to Dismiss on the same day will further the interests of judicial economy as
13 well as the interests of the Parties;

14 WHEREAS, the Clerk of the Court has advised the Parties that their respective motions
15 can be heard on March 6, 2013;

16 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
17 their respective counsel that the Class Certification Motion and the Motion to Dismiss be heard
18 on March 6, 2013 at 9:30 a.m., or a date thereafter as may be convenient to the Court's schedule.

19 Respectfully submitted,

21 Dated: **LAW OFFICES OF MICHAEL TRACY**

23 By: /s/ MICHAEL TRACY
24 MICHAEL TRACY
MICHAEL E. VELARDE
25 Attorneys for Plaintiff
JAMIE GENTRY

- 2 -

Stipulation To Continue Hearing Date

Dated:                                **FARRELL LAW GROUP**

By: /s/ MARY E. FARRELL
    MARY E. FARRELL
    ERICK C. TURNER
    Attorneys for Defendant
    VALLEY FINE FOODS COMPANY, INC.

### **ORDER**

Having considered the above stipulation and good cause appearing, IT IS SO ORDERED.

Dated: 11/29/2012                /s/ John A. Mendez
                                          HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE