MARY E. FARRELL, SBN 172050
ERICK C. TURNER, SBN 236186
**FARRELL LAW GROUP**
770 L Street, Suite 950
Sacramento, California  95814
Telephone:     (916) 449-3933
Facsimile:      (916) 449-3943
mary@farrelllawgroup.com
erick@farrelllawgroup.com

Attorneys for Defendant
VALLEY FINE FOODS COMPANY, INC.


MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff JAMIE GENTRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE GENTRY, AN INDIVIDUAL, on behalf of himself and all others similarly Situated.<br><br>            Plaintiffs,<br>v.<br><br>VALLEY FINE FOOD COMPANY, INC., A CALIFORNIA CORPORATION,<br><br>            Defendant. | Case No.  2:12-cv-02241-JAM-JFM<br><br>STIPULATION TO CONTINUE HEARING DATES ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTION TO DISMISS/STRIKE;  ORDER |

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Defendant Valley Fine Foods Company, Inc. ("Defendant") and Plaintiff Jamie Gentry ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as

- 1 -
Stipulation To Continue Hearing Date

follows:

WHEREAS, Plaintiff filed a Notice of Motion and Motion for Class Certification ("Class Certification Motion") on or about October 31, 2012, which is currently scheduled for hearing on March 6, 2013.

WHEREAS, Defendant filed a Notice of Motion and Motion to Dismiss/Strike ("Motion to Dismiss") on or about November 1, 2012, which is currently scheduled for hearing on March 6, 2013;

WHEREAS, counsel for the Parties have agreed to attend mediation in an effort to resolve this lawsuit;

WHEREAS, counsel for the Parties have agreed that postponing the hearing date on the Class Certification Motion and Motion to Dismiss will further the interests of judicial economy as well as the interests of the Parties;

WHEREAS, the Clerk of the Court has advised the Parties that their respective motions can be heard on June 19, 2013, at 9:30 a.m.;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that the Class Certification Motion and the Motion to Dismiss be heard on June 19, 2013, or a date thereafter as may be convenient to the Court's schedule.

Respectfully submitted,

**LAW OFFICES OF MICHAEL TRACY**

Dated: February 6, 2013

By: /s/ MICHAEL TRACY
MICHAEL TRACY
MICHAEL E. VELARDE
Attorneys for Plaintiff
JAMIE GENTRY

Dated: January 28, 2013

**FARRELL LAW GROUP**

By: /s/ MARY E. FARRELL
MARY E. FARRELL
ERICK C. TURNER
Attorneys for Defendant
VALLEY FINE FOODS COMPANY, INC.

**ORDER**

Having considered the above stipulation and good cause appearing, IT IS SO ORDERED.

Dated: February 6, 2013        /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE