MARY E. FARRELL, SBN 172050
ERICK C. TURNER, SBN 236186
**FARRELL LAW GROUP**
770 L Street, Suite 950
Sacramento, California  95814
Telephone:      (916) 449-3933
Facsimile:       (916) 449-3943
mary@farrelllawgroup.com
erick@farrelllawgroup.com

Attorneys for Defendant
VALLEY FINE FOODS COMPANY, INC.


MICHAEL L. TRACY, SBN 237779
MEGAN ROSS, SBN 227776
**LAW OFFICES OF MICHAEL TRACY**
2030 Main Street, Suite 1300
Irvine, CA  92614
Telephone: (949) 260-9171
Facsimile: (866) 365-3051
mtracy@michaeltracylaw.com
mross@michaeltracylaw.com

Attorneys for Plaintiff
JAMIE GENTRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE GENTRY, AN INDIVIDUAL, on behalf of himself and all others similarly Situated.<br><br>    Plaintiffs,<br>v.<br><br>VALLEY FINE FOOD COMPANY, INC., A CALIFORNIA CORPORATION,<br><br>    Defendant. | Case No.  2:12-cv-02241-JAM-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTION TO DISMISS/STRIKE AND SET HEARING DATE FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT** |

- 1 -

Stipulation To Withdraw Motions

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Defendant Valley Fine Foods Company, Inc. ("Defendant") and Plaintiff Jamie Gentry ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Notice of Motion and Motion for Class Certification ("Class Certification Motion") on or about October 31, 2012, which is currently scheduled for hearing on December 11, 2013.

WHEREAS, Defendant filed a Notice of Motion and Motion to Dismiss/Strike ("Motion to Dismiss") on or about November 1, 2012, which is currently scheduled for hearing on December 11, 2013;

WHEREAS, the Parties have now settled this class action and will be filing a Motion for Preliminary Approval on or before November 8, 2013

WHEREAS, the Clerk of the Court has advised the Parties that their Motion for Preliminary Approval of a Class Action Settlement can be heard on December 11, 2013;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that the Class Certification Motion and the Motion to Dismiss are hereby withdrawn, and the parties will file a Motion for Preliminary Approval of a Class Action Settlement on or before November 8, 2013, to be heard on December 11, 2013 at 9:30a.m.

Respectfully submitted,

Dated: November 1, 2013

**LAW OFFICES OF MICHAEL TRACY**

By: /s/ MICHAEL TRACY
MICHAEL TRACY
MICHAEL E. VELARDE
Attorneys for Plaintiff
JAMIE GENTRY

Dated:  November 1, 2013

**FARRELL LAW GROUP**

By: /s/ MARY E. FARRELL
MARY E. FARRELL
ERICK C. TURNER
Attorneys for Defendant
VALLEY FINE FOODS COMPANY, INC.

**ORDER**

Having considered the above stipulation and good cause appearing, IT IS SO ORDERED.

Dated: November 1, 2013          /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

- 3 -

Stipulation To Withdraw Motions