**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMIE GENTRY, AN INDIVIDUAL, on behalf of himself and all others similarly Situated, and on behalf of the Labor and Workforce Development Agency,<br><br>    Plaintiffs,<br><br>  vs.<br><br>VALLEY FINE FOODS COMPANY, INC., A CALIFORNIA CORPORATION;<br><br>    Defendant. | Case No.: CV12-02241-JAM-KJN<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT** |

This matter having come before this Court for hearing, after considering all papers and pleadings filed, the arguments of counsel, the entire file and record in this action, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), the proposed Settlement of this action, as embodied in the terms of the Settlement Agreement attached to the Preliminary Approval Motion, is hereby preliminarily approved as a fair, reasonable, and adequate settlement of this case in the best interests of the Plaintiff Class, in light of

the factual, legal, practical, and procedural considerations raised by this case. The Settlement Agreement is incorporated by reference into this Order and is hereby preliminarily adopted as an Order of this Court.

2. Solely for the purpose of Settlement, and pursuant to Rule 23, the Court hereby preliminarily certifies the following Plaintiff Class: all persons employed by VALLEY FINE FOODS COMPANY, INC. ("VFFC") between August 29, 2008 and July 21, 2013 as hourly shift workers who worked twelve (12) hour shifts.

3. The settlement covers: (1) claims for unpaid wages under California and Federal law, (2) claims for missed meal and rest periods under California law, (3) claims for penalties for failure to provide accurate wage statements , (4) claims for penalties for not paying wages upon termination,, (5) claims for liquidated damages, (6) claims for violation of Business and Professions Code section 17200, and (7) claims for penalties under California's Private Attorney General Act.

4. The Total Settlement Fund is $600,000.00 (Six Hundred Thousand Dollars), which is to be distributed pursuant to the terms of the Settlement Agreement only upon final approval of this class action settlement. The terms and conditions of the Settlement Agreement are incorporated into this Order.

5. Jaime Gentry has substantially similar interests as the Plaintiff Class and can adequately represent those interests.

6. The Law Offices of Michael Tracy has substantial experience in wage & hour law, has worked on several class actions, and has diligently investigated the potential claims in this matter.

7. The Law Offices of Michael Tracy is designated as Class Counsel.

8. CPT Group, Inc. has handled numerous class action administrations and is competent to perform the task in a case of this size.

9. CPT Group, Inc. is designated as Claims Administrator.
10. The Class Notice submitted with the moving papers is approved.
11. The Court finds that 30 days is adequate time for a putative class member to respond to the Class Notice.
12. All required mailings of the Class Notice are to be done by first-class mail.
13. Class Counsel may, at his own expense, maintain a website to provide case documents and contact information to Class Members. This website shall have a copy of this Order, the operative Complaint in this matter, and a copy of the approved Class Notice form
14. To effectuate the settlement, the Court hereby establishes the following deadlines and dates for the acts and events as set forth in the Settlement Agreement, and directs the parties to incorporate the deadlines and dates in the Notice and required forms:

| Task | Parties Proposed Deadline | Court Ordered Deadline |
| --- | --- | --- |
| VFFC provides class list and payment information to Class Counsel and Claims Administrator | December 31, 2013 | |
| Claims Administrator mails the notice to class ("Initial Mailing") | January 6, 2014 | |
| Claims Administrator re-mails notice for returned mail. | February 5, 2014 | |
| Class Counsel to file motion for attorney's fees (14 days after the Initial Mailing) | January 20, 2014 | |

| | | |
|---|---|---|
| Last date to postmark claim forms, objections, or opt-outs | 30 Days from date of actual mailing | SAME |
| Class Counsel to file motion for final approval and supporting documentation from Claims Administrator | March 10, 2014 | |
| Final Fairness Hearing and hearing on Motion for Attorney's Fees. | April 23, 2014 at 9:30 a.m. | |

IT IS SO ORDERED.

DATED:    12/11/2013              /s/ John A. Mendez
                                                  HON. JOHN A. MENDEZ
                                                  US DISTRICT COURT JUDGE